UNITED STATES DISTRICT COURT
NORTHERN DISTRIC
WESTERN DI    07 CR 50070
Judge Kapala
Magistrate Judge Mahoney

UNITED STATES OF AMERICA          )
                                  )    No._____
                vs.               )    Violation: Title 18, United States Code,
                                  )    Section 844(i)
SAMER J. ALJABARI,                )
MATTHEW R. MCMEEKAN               )
CHRISTOPHER R. TAYLOR             )

The DECEMBER 2006 GRAND JURY charges:

On or about October 4, 2007, at Oregon, in the Northern District of Illinois, Western

Division, and elsewhere,

SAMER J. ALJABARI,
MATTHEW R. MCMEEKAN, and
CHRISTOPHER R. TAYLOR,

defendants herein, did maliciously damage and destroy, and attempt to damage and destroy, by

means of fire, a building and personal property located at 210 South Fourth Street, Oregon, Illinois,

which was then being used in activities affecting interstate commerce;

In violation of Title 18, United States Code, Sections 844(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 07 CR 50070

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.

SAMER J. ALJABARI, MATTHEW R. MCKEEKAN, AND CHRISTOPHER R. TAYLOR

**INDICTMENT**

Violation(s):   Title 18, United States Code, Section 844(i)

A true bill.

_____
Foreman

Filed in open court this ___ day of _____ A.D. 20 __

_____
Clerk

Bail, $ _____

