# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 3 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. CHRISTOPHER R. TAYLOR | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. John Nelson appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by and financial affidavit due by December 26, 2007. Defendant's oral motion for time to February 6, 2008 to file pretrial motions is granted. USA's oral motion for the time of December 19, 2007 to and including February 6, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for February 6, 2008 at 11:00 am.. Bail hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50070     Document 9     Filed 12/19/2007     Page 1 of 1

07CR50070 - 2 USA vs. MATTHEW MCMEEKAN     Page 1 of 1