## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 3 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. CHRISTOPHER TAYLOR | | |

**DOCKET ENTRY TEXT:**

Enter protective order.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | GG |
|---|---|---|