AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA JOSEPH C. PEDERSEN, (815)987-4444

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

SAMER S. ALJABARI

**WARRANT FOR ARREST**

CASE NUMBER:  07 CR 50070 - 1

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate

Judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

F I L E D

DEC 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in violation of Title _____18_____, United States Code, Section(s) __844(i)__

P. MICHAEL MAHONEY
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/19/07 | DANIEL IVANCICH SIA ATF | Daniel Ivancich |

AUSA Joseph C. Pedersen, (815)987-4444

AO 442 (Rev.5/93 WP) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW R. MCKEEKAN

**WARRANT FOR ARREST**

CASE NUMBER:  07 CR 50070 -2

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate

Judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

in violation of Title _____18_____, United States Code, Section(s) __844(i)__

F I L E D

DEC 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

_Signature of Issuing Officer_

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07: Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>12/19/07 | DAN IVANUCH S/A ATF | _Daniel Ivanuch_ |

AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA Joseph C. Pedersen, (815)987-4444

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER R. TAYLOR

**WARRANT FOR ARREST**

CASE NUMBER:  07 UL 50070 - 3

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate

Judge to answer a(n)

☒ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Violation Petition

charging him or her with (brief description of offense):

Destroying a building and personal property by means of fire

F I L E D

DEC 2 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in violation of Title _____ 18 _____, United States Code, Section(s) __844(i)__.

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12/19/07 | DANIEL IVANCICH SIA ATF | Daniel Ivancich |