## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 3 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER TAYLOR | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty to superseding indictment.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|