Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50070 - 3 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. CHRISTOPHER TAYLOR | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to June 10, 2008 to file pretrial motions is granted. Defendant's oral motion to expand bond to allow defendant to visit his grandparents in the Central District of IL for a one week period is granted. Defendant to notify Pretrial Services before leaving and upon return. Defendant to provide phone number where he can be reached to Pretrial Services. USA's oral motion for the time of May 14, 2008 to and including June 10, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for June 10, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|