UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 07 CR 50070-3 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER TAYLOR | ) | |

## MOTION TO CONTINUE SENTENCING

NOW COMES the defendant, CHRISTOPHER TAYLOR, by his attorney, JOHN M. NELSON, and moves the court to continue his sentencing and in support thereof states:

1. Defendant's sentencing is currently set for October 2, 2008 at 2:30 p.m.

2. Defendant's counsel, John M. Nelson, is not available at that time for sentencing as he will be in Washington D.C. attending the National Association of Towns and Townships Legislative Conference in his capacity as Harlem Township Attorney.

3. Defendant's sentencing may have to be continued due to the possibility his testimony would be required against one or more co-defendants.

WHEREFORE, defendant prays his sentencing be rescheduled to a future date.

CHRISTOPHER TAYLOR- defendant,

By: *[signature]*
JOHN M. NELSON – his attorney

JOHN M. NELSON
Attorney at Law
1318 E. State Street
Rockford, IL 61104
815/964-8800
Attorney for defendant