UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 07 CR 50070-3 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER TAYLOR | ) | NOTICE |

TO: Joseph C. Pedersen        Jennifer L. Taborski
    Assistant U.S. Attorney    U. S. Probation
    308 W. State St., Suite 300  211 South Court Street
    Rockford, IL 61101         Rockford, IL 61101

**YOU ARE HEREBY NOTIFIED**, that on the 12th day of September, 2008 at 9:00 a.m., or as soon thereafter as Counsel may be heard, I shall appear before his Honor Judge Fred Kapala, in the room usually occupied by him as a Courtroom, or in her absence, before any other Judge that may be presiding in said Courtroom, in the U. S. District Courthouse, 211 S. Court Street, Rockford, Illinois and then and there

Present a Motion to Continue Sentencing, a copy of which is attached hereto.

At which time and place you may appear.

Dated: September 8, 2008

                                    CHRISTOPHER TAYLOR, defendant

                                    BY: _____
                                        ATTORNEY JOHN M. NELSON

JOHN M. NELSON
Attorney at Law
1318 East State Street
Rockford, IL 61104
(815) 964-8800