UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 50070-03 |
| | ) | Judge Frederick J. Kapala |
| CHRISTOPHER TAYLOR | ) | |

**AGREED MOTION TO MOVE SENTENCING HEARING**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully submits this "Agreed Motion To Move Sentencing Hearing." In support of this motion, the United States states as follows:

1. The sentencing hearing for defendant CHRISTOPHER TAYLOR is currently set for Thursday, October 2, 2008, at 2:30 p.m.

2. In the written plea agreement entered on June 19, 2008, the United States promised to make known to this Court the extent of defendant's cooperation relating to the matters for which he was charged. Assuming defendant's truthful cooperation, the United States will move that this court depart downward, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), and impose a sentence of eighty percent of the higher of the low-end of the applicable guideline sentencing range or mandatory minimum penalty, if applicable. It is the position of both the United States and the defendant that this Court should take into account the extent of defendant's cooperation in deciding whether to accept this agreed sentence.

3. The defendant has agreed to cooperate in the criminal case against his co-defendant, Samer Aljabari: *United States v. Samer Aljabari*, 07 CR 50070-01 (USDC ND IL WD).

4. The co-defendant's pretrial motion to suppress is set for hearing on September 30, 2008. Thus, the parties currently anticipate a trial setting sometime in November 2008.

5. Because defendant has not yet had an opportunity to provide testimony in the case referred to above, the United States is not in a position to advise this Court of the extent of his cooperation.

6. In his plea agreement, defendant agreed to postpone his sentencing hearing until after the trials of his co-defendants.

7. I have spoken with defendant's attorney, John Nelson, and he stated that he has no objection to a motion to move the sentencing hearing.

8. Because this motion is submitted upon stipulation, notice of presentment is not required. Local Rule 5.3(a).

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Court enter an order moving defendant CHRISTOPHER TAYLOR's sentencing hearing to a date after his co-defendant's case has been concluded.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:   /s Joseph C. Pedersen
    JOSEPH C. PEDERSEN
    Assistant United States Attorney
    308 West State Street - Room 300
    Rockford, Illinois 61101
    815-987-4444

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on September 11, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**UNITED STATES' AGREED MOTION TO MOVE SENTENCING HEARING**

were served pursuant to the district court's ECF system as to ECF filers, and were hand-delivered on September 11, 2008, to the following non-ECF filers:

>Jennifer Taborski
>United States Probation Officer
>United States Probation Office
>Northern District of Illinois
>211 South Court Street, Room 114-B
>Rockford, Illinois 61101

>   /s Joseph C. Pedersen
>JOSEPH C. PEDERSEN
>Assistant United States Attorney
>308 West State Street - Room 300
>Rockford, Illinois 61101
>815-987-4444