## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Western Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                   Case No.: 3:07−cr−50070
                                   Honorable Frederick J. Kapala

Samer J Aljabari, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Frederick J. Kapala as to Christopher R Taylor: Defendant's motion to continue sentencing [76] and United States' agreed motion to move sentencing hearing [79] are granted. Sentencing set for October 2, 2008 is cancelled. Counsel for government to contact this court's minute clerk to reschedule sentencing hearing to a date after his co−defendant's case has been concluded. Case taken of the September 12, 2008 motion call. Mailed/Telephoned notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.