UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 50070-3 |
| | ) | |
| CHRISTOPHER R. TAYLOR, | ) | Judge Kapala |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

The court entered judgment in favor of the United States of America and against defendant Christopher R. Taylor. The judgment for $56,528.04 has been satisfied. The lien recorded at the Ogle County Recorder of Deeds as document number 200900905184 on April 29, 2009, is hereby released.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/Scott D. Heffron
    SCOTT D. HEFFRON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-886-4190
    scott.heffron@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Christopher Taylor
████████████
Oregon, Illinois

                        s/ Scott D. Heffron
                        SCOTT D. HEFFRON
                        Assistant United States Attorney
                        219 South Dearborn Street
                        Chicago, Illinois 60604
                        312-886-4190
                        scott.heffron@usdoj.gov